AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

PLANT FOOD SYSTEMS, INC.,
a Florida corporation,

        *Plaintiffs,*

v.

AGROSOURCE, INC.,
a Florida corporation,

        *Defendant.*

Civil Action No.

16-cv-80326-Marra/Matthewman

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*
Agrosource, Inc.
166 Beacon Lane
Jupiter, FL 33469

*By serving its registered agent*:
Taw W. Richardson
166 Beacon Lane
Jupiter, FL 33469

    A lawsuit has been filed against you.

    Within **21** days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a) (2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Jorge Espinosa
Espinosa Trueba Martinez, PL
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: 305-854-0900**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. you also must file your answer or motion with the court.

Date: Mar 4, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts