AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

PLANT FOOD SYSTEMS, INC

FILED by ___ D.C.
JUL 12 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**EXHIBIT AND WITNESS LIST**

V.

AGROSOURCE, INC

Case Number: 16-80326-CV-MARRA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WILLIAM | JORGE ESPINOSA | LEWIS J. CONWELL, G. DONOVAN CONWELL |
| TRIAL DATE(S) CONT OF EVID. HRG 7/12/16 | COURT REPORTER TDAR-09:43:4 DIANE MILLER | COURTROOM DEPUTY K. ZUNIGA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PAUL ERWIN FABRY - CROSS BY DEFENDANT |
| 1 | | 7/12/16 | ✓ | ✓ | TRADEMARK APPLICATION FOR FIREWALL (72 PAGE DOCUMENT) |
| 2 | | 7/12/16 | ✓ | ✓ | WEBSITE SCREEN SHOTS FOR RALPH D. CHABOT WEBPAGE - (2 PAGES) |
| 3 | | 7/12/16 | ✓ | ✓ | EPA CONSENT AGREEMENT AND FINAL ORDER (10 PAGE DOCUMENT) |
| 4 | | 7/12/16 | ✓ | ✓ | NOTICE OF INSPECTION (EPA FORM 3540-2) (2 PAGE DOCUMENT) |
| 5 | | 7/12/16 | ✓ | ✓ | NOTICE OF FILING [DE 21] OF PATENT APPLICATIONS (79 PG document) |
| 6 | | 7/12/16 | ✓ | | FLORIDA FERTILIZER REGISTRATION AND LABELING GUIDELINES (21 PAGE DOCUMENT) |
| 7 | | 7/12/16 | ✓ | ✓ | SCREEN SHOTS OF PLANT FOOD SYSTEMS WEBSITE (4 PAGE DOCUMENT) |
| 8 | | 7/12/16 | ✓ | ✓ | SAMPLING OF SCREEN SHOTS FROM WAYBACK MACHINE OF PLANT FOOD SYSTEMS WEBSITE - DECEMBER 17, 2015 (10 PAGE DOCUMENT) |
| 9 | | 7/12/16 | ✓ | ✓ | REPRESENTATIVE SAMPLING OF ADS FOR PLANT FOOD SYSTEMS IN FL GROWER n CITRUS GROWER - MAGAZINE COVER AND ADS (10 PAGE DOCUMENT) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

PLANT FOODSYSTEMS vs. AGROSOURCE  CASE NO. 16-80326-CV-MARRA

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 10 | 7/12/16 | ✓ | ✓ | CITRUS INDUSTRY MAGAZINE FROM APRIL 2013 EXCERPTS (7 PAGE DOCUMENT) |
| | 11 | 7/12/16 | ✓ | ✓ | CITRUS INDUSTRY MAGAZINE FROM MARCH 2012 EXCERPTS (36 PAGE DOCUMENT) |
| | 12 | 7/12/16 | ✓ | ✓ | FLORIDA GROWER MAGAZINE FROM AUGUST 2011 EXCERPTS (4 PAGE DOCUMENT) |
| | 13 | 7/12/16 | ✓ | ✓ | COPY OF COMPLAINT FILED IN ORANGE COUNTY CIRCUIT COURT IN PLANT FOOD SYSTEMS, INC v. Gottwald et al. (32 PAGE DOCUMENT) |
| | 14 | 7/12/16 | ✓ | ✓ | FIFTH DCA MANDATE IN PLANT FOOD SYSTEMS v. MICHAEL S. IREY et al. (6 PAGE DOCUMENT) |
| | 18 | 7/12/16 | ✓ | ✓ | COMPOSITE EXHIBIT - 2013-2016 FLORIDA CITRUS PEST MANAGEMENT GUIDE ( PAGE DOCUMENT) PLAINTIFF WITNESS - CARLTON LAYNE |
| | 19 | 7/12/16 | ✓ | ✓ | CIRCULUM VITAE FOR CARLTON R. LAYNE (7 PAGE DOCUMENT) |
| | 20 | 7/12/16 | ✓ | ✓ | CRISIS DECLARATION BY COMMISSIONER ADAM PUTNAM ALLOWS USE OF BACTERICIDES AS FOLIAR TREATMENTS IN FLORIDA CITRUS (12 PAGE DOCUMENT) |
| | 21 | 7/12/16 | ✓ | ✓ | LETTER FROM EPA TO BERT VOLGER DATED JULY 30, 2015 - LABEL AMENDMENT AGRI-SEED 50WP (13 PAGE DOCUMENT) |
| | 22 | 7/12/16 | ✓ | ✓ | LETTER - EPA - HOPE JOHNSON TO BERT VOLGER — DATED 4/27/2016 LABEL AMENDMENT - AGRI-SEED 50WP (13 PAGE DOCUMENT) |

Page 2 of 3 Pages

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS | vs. | DEFENDANT AGRISOURCE, INC | | CASE NO. 16-80326-CV-MARRA |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | DEFENDANT WITNESS MARK CAMERON TRIMMER |
| | 15 | 7/12/16 | ✓ | ✓ | EPA LETTER - APPROVAL LETTER DATED 9/14/2012 (3 PAGE DOCUMENT) |
| | 16 | 7/12/16 | ✓ | ✓ | EPA LETTER - SECTION 18 EXEMPTION DATED JULY 1, 2015 - REISSUE (2 PAGE DOCUMENT) |
| | 17 | 7/12/16 | ✓ | ✓ | EMERGENCY EXEMPTION REQUEST TO EPA FOR USE OF ANTIBIOTICS FIREWALL 50WP FUNGICIDE/BACTERICIDE FIRELINE 17WP AND MYCOSHIELD TO SUPPRESS (HLB) DATED DECEMBER 2, 2015 (58 PAGE DOCUMENT) |