AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

FILED by _____ D.C.

JUL 2 9 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Southern                    DISTRICT OF              Florida

PLANT FOOD SYSTEMS, INC

**EXHIBIT AND WITNESS LIST**

V.

AGROSOURCE, INC

Case Number: 16-80326-CV-KAM

| | | | | |
|---|---|---|---|---|
| PRESIDING JUDGE WILLIAM MATTHEW MAN | | PLAINTIFF'S ATTORNEY JORGE ESPINOSA | DEFENDANT'S ATTORNEY LEWIS CONWELL, G. DONOVAN CONWELL | |
| TRIAL DATE (S) 7/28/2016 + 7/29/2016 | | COURT REPORTER GIZELLA BAAN-PROULK (OAR = 09:41:22) (PAR: 09:32:54) | COURTROOM DEPUTY KENNETH J. ZUNIGA | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | DEFENDANT WITNESS - |
| | | | | | DR. MARK CAMERON TRIMMER |
| | | | | | RECALLED - CROSS |
| 23 | | 7/28/16 | ✓ | ✓ | FLORIDA CITRUS PEST MANAGEMENT GUIDE (5 PAGE DOCUMENT) |
| 24 | | 7/28/16 | ✓ | ✓ | EPA PRODUCT LABELING FOR AGROSOURCE, INC (1 PAGE DOCUMENT) |
| 25 | | 7/28/16 | ✓ | ✓ | EPA PRODUCT LABELING FOR AGRI-SEED 50 WP (2 PAGE DOCUMENT) |
| 26 | | 7/28/16 7/29/16 | ✓ | ✓ | DOCUMENTS RELATED TO NINE (9) REGISTRATION FILINGS FOR AGRI-SEED |
| 27 | | 7/28/16 7/29/16 | ✓ | ✓ | LETTER FROM FL DEPT OF AGRICULTURE CHARLES CLARK TO CARLTON LAYNE |
| | 18 | | | | DEFENDANT WITNESS - MICHAEL BOUCHER |
| | 18 | 7/28/16 | ✓ | ✓ | COPY OF PROFESSIONAL BIOGRAPHY FOR MICHAEL BOUCHER FROM FIRM WEBSITE (4 PAGE DOCUMENT) |
| | 19 | 7/28/16 | ✓ | ✓ | COPY OF 40 FR 152.15 (ONE PAGE DOCUMENT) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS | vs. | DEFENDANT AGROSOURCE | | CASE NO. '16-80326-cv-KAM. | | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 20 | 7/28/16 | ✓ | ✓ | EXCERPTS FROM EPA LABEL REVIEW MANUAL (6 PAGE DOCUMENT) | |
| 28 | | 7/28/16 | ✓ | ✓ | COPY FIRST PAGE OF POWERPOINT PRESENTATION — BACTERICIDES A PRESENTATION TO CEREXAGRI, INC BY AGRISOURCE DATED JUNE 28, 2004 (ONE PAGE DOCUMENT) | |
| | | | | | DEFENDANT WITNESS — TAW WALLACE RICHARDSON | |
| | 79 | 7/28/16 | ✓ | ✓ | COPY OF PHOTOGRAPH OF FOIL LAMINATE BAG FOR FIREWALL 50 WITH EPA LABEL (1 PAGE DOCUMENT) | |
| | 80 | 7/28/16 | ✓ | ✓ | COPY OF PHOTOGRAPH OF FOIL LAMINATE BAG FOR FIRELINE WITH EPA LABEL (1 PAGE DOCUMENT) | |
| | 22 | 7/28/16 | ✓ | ✓ | COPY OF POWERPOINT PRESENTATION MADE BY AGROSOURCE, INC TO CEREXAGRI, INC ON JUNE 28, 2004 (54 PAGE DOCUMENT) | |
| | 23 | 7/28/16 | ✓ | ✓ | COPY OF SUPPLY AGREEMENT BETWEEN AGROSOURCE AND CEREXAGRI, INC (25 PAGE DOCUMENT) | |
| | 24 | 7/28/16 | ✓ | ✓ | EPA PRODUCT LABELING FOR FIREWALL 1 TWA ONE PAGE DOCUMENT | |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS | | | vs. | DEFENDANT AGROSOURCE | CASE NO. 16-80326-CV-KAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 55 | 7/28/16 | ✓ | ✓ | COPY OF ARTICLE BY JIM GRAHAM - RESEARCH PROGRESSION (MANAGEMENT OF CITRUS CANKER + MEGAN DEWDNEY (3 PAGE DOCUMENT |
| | 56 | 7/28/16 | ✓ | ✓ | COPY OF ARTICLE - STREPTOMYCIN AND COPPER FORMULATIONS FOR CONTROL OF CITRUS CANKER ON GRAPEFRUIT (8 PAGE DOCUMENT) |
| | 57 | 7/28/16 | ✓ | ✓ | COPY OF ARTICLE - CANKER CONTROL BY JAMES GRAHAM (2 PAGE DOCUMENT) |
| | 58 | 7/28/16 | ✓ | ✓ | COPY OF ARTICLE - PRESENTATION BY DR KENT MORGAN. FIREWALL EFFECTS ON CANKER IN GRAPEFRUIT 2015 FLORIDA CITRUS SHOW (16 PAGE DOCUMENT) EXCERPT |
| | 59 | 7/28/16 | ✓ | | COPY OF ARTICLE - PRESENTATION |
| | | 7/29/16 | | ✓ | UNDERSTANDING THE ABCs (AWARENESS OF BACTERIAL CHALLENGES) WITH ANTIBIOTICS IN CROPS DR GRAHAM (PAGE DOCUMENT) ON FIREWALL |
| | | 7/29/16 | | | DEFT WITNESS: J.W. WALLACE RICHARDSON (DIRECT CONTINUED) |
| 25 | | 7/29/16 | ✓ | ✓ | ARTICLE - CITRUS INDUSTRY NEWS - UPCOMING MEETINGS ON BACTERICIDE USE FOR CITRUS (ONE PAGE DOCUMENT) (ONE PAGE DOCUMENT) |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| PLANT FOOD SYSTEMS vs. AGROSOURCE                     CASE NO. 16-80326-CV-KAM | | | | | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 26 | 7/29/16 | ✓ | ✓ | SEARCH RESULT – SECTION 18 UPDATE ON FIREWALL CITRUS INDUSTRY MAGAZINE (ONE PAGE DOCUMENT) |
| | 27 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + CONSUMER SERVICES WEBSITE DOWNLOAD – COMMISSIONER ADAM H. PUTNAM ISSUES CRISIS DECLARATION TO HELP CITRUS INDUSTRY COMBAT CITRUS GREENING – 3/4/2016 (ONE PAGE DOCUMENT) CRISIS DECLARATION BY COMM ADAM PUTNAM |
| | 28 | 7/29/16 | ✓ | ✓ | SECTION 18 EXEMPTION PACKAGE ALLOWS USE OF BACTERICIDES AS FOLIAR TREATMENTS IN FLORIDA CITRUS MARCH 4 2016. (29 PAGE DOCUMENT) |
| | 61 | 7/29/16 | ✓ | ✓ | FIREWALL AND FIRELINE GROWER MEETING POWER POINT PRESENTATION DATED MARCH 17, 2016 (16 PAGE DOCUMENT) |
| | 62 | 7/29/16 | ✓ | ✓ | DISEASE MANAGEMENT SOLUTIONS FOR HLB AND CANKER IN FLORIDA CITRUS – POWER POINT PRESENTATION – BY BO MEADOR, SALES REP, AGROSOURCE, INC TO GULF AREA GROWERS MAY 17, 2016 (34 PAGE DOCUMENT) |
| | 63 | 7/29/16 | ✓ | ✓ | DISEASE MANAGEMENT SOLUTION FOR HLB AND CANKER IN FLORIDA CITRUS POWER POINT PRESENTATION – BY TAW RICHARD, SON-CEO/PRESIDENT AGROSOURCE, INC TO CROP PRODUCTION SERVICES, SEBRING, FL ON JANUARY 15, 2016 (29 PAGE DOCUMENT) |
| | 64 | 7/29/16 | ✓ | | DISEASE MANAGEMENT SOLUTION FOR HLB AND CANKER IN FLORIDA CITRUS POWER POINT DISTRIBUTOR MEETING (NOT ADMITTED) |
| | 65 | 7/29/16 | ✓ | ✓ | CHART – FIRELINE AND FIREWALL USE PATTERN – VALENCIA |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS, INC.'s | | DEFENDANT AGROSOURCE, INC. | | CASE NO. 16-80326-CV-KAM | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 66 | 7/29/16 | ✓ | ✓ | DISEASE MANAGEMENT SOLUTIONS FOR HLB AND CANKER IN FLORIDA CITRUS POWERPOINT PRESENTATION BY TA W. RICHARDSON, CEO/PRESIDENT AGROSOURCE, INC. TO HELENA CHEMICAL - GROWER MEETING ON JANUARY 13, 2016 (25 PAGE DOCUMENT) |
| | 31 | 7/29/16 | ✓ | ✓ | PRODUCT SHEET - INTRODUCING FIREWALL 50 WP (2 PAGE DOCUMENT) |
| | 32 | 7/29/16 | ✓ | ✓ | MATERIAL SAFETY DATA SHEET FOR FIREWALL 50 WP (3 PAGE DOCUMENT) |
| | 33 | 7/29/16 | ✓ | ✓ | SECTION 18 EMERGENCY EXEMPTION FOR USE OF FIREWALL 50 WP FOR CONTROL OF CITRUS CANKER IN COMMERCIAL GRAPEFRUIT GROVES IN FLORIDA (5 PAGE DOCUMENT) |
| | 34 | 7/29/16 | ✓ | ✓ | SPECIMEN LABEL FOR FIREWALL 50 WP (4 PAGE DOCUMENT) |
| | 35 | 7/29/16 | ✓ | ✓ | PRODUCT SHEET FOR FIREWALL 17 WP (STREPTOMYCIN) (2 PAGE DOCUMENT) |
| | 36 | 7/29/16 | ✓ | ✓ | MATERIAL SAFETY DATA SHEET FOR FIREWALL 17 WP FUNGICIDE/BACTERICIDE (3 PAGE DOCUMENT) |
| | 37 | 7/29/16 | ✓ | ✓ | SPECIMEN LABEL FOR FIRELINE 17 WP FUNGICIDE/BACTERICIDE (3 PAGE DOCUMENT) |
| | 38 | 7/29/16 | ✓ | ✓ | SAFETY DATA SHEET FOR FIRELINE 17 WP (3 PAGE DOCUMENT) |
| | 39 | 7/29/16 | ✓ | ✓ | AGROSOURCE TECHNICAL BULLETINS 1, 2, 3 and 4 (4 PAGE DOCUMENT) |
| | | | | | |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS | vs. | DEFENDANT AGROSOURCE, INC | | CASE NO. 16-80326-CV-KAM | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
| | 40 | 7/29/16 | ✓ | ✓ | AGRO SOURCE- FIRELINE —A NEW STANDARD |
| | | | | | FOR CONTROLLING BLIGHT IN APPLES |
| | | | | | AND PEARS —TECHNICAL BULLETIN |
| | | | | | NO. 3 (ONE PAGE DOCUMENT |
| | 41 | 7/29/16 | ✓ | ✓ | PRODUCT SHEET- EPA EMERGENCY |
| | | | | | USE EXEMPTION FOR CITRUS |
| | | | | | CANKER ON GRAPEFRUIT —FIREWALL |
| | | | | | 50 WP (2 PAGE DOCUMENT) |
| | 42 | 7/29/16 | ✓ | ✓ | SPECIMIN LABEL SECTION 18 |
| | | | | | EMERGENCY EXEMPTION FOR THE USE |
| | | | | | OF FIREWALL 50 WP FOR CONTROL |
| | | | | | OF CITRUS CANKER IN COMMERCIAL |
| | | | | | GRAPEFRUIT GROVES IN FLORIDA (3 PAGE DOCUMENT) |
| | 43 | 7/29/16 | ✓ | ✓ | AGRO SOURCE - FIREWALL 50 WP APPROVED |
| | | | | | FOR USE AGAINST CITRUS CANKER ON |
| | | | | | FLORIDA GRAPEFRUIT—TECHNICAL BULLETIN |
| | | | | | NO. 5 (ONE PAGE DOCUMENT) |
| | 44 | 7/29/16 | ✓ | ✓ | AGRO SOURCE —FIREWALL 50 WP REPLACES |
| | | | | | FIREWALL 17 WP FOR CITRUS CANKER |
| | | | | | ON FLORIDA GRAPEFRUIT UNDER SECTION 18 |
| | | | | | EXEMPTION —TECHNICAL BULLETIN NO. 7 ( ONE PAGE DOCUMENT) |
| | 45 | 7/29/16 | ✓ | ✓ | SPECIMIN LABEL- SECTION 18 EMERGENCY |
| | | | | | EXEMPTION FOR FIREWALL 50 WP |
| | | | | | ON GRAPEFRUIT, FLORIDA (3 PAGE DOCUMENT) |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS, INC vs. | | | | DEFENDANT AGROSOURCE, INC | CASE NO. 16-80326-CV-KAM |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 46 | 7/29/16 | ✓ | ✓ | AGROSOURCE TECHNICAL BULLETIN NO 9 ESTIMATED RESIDUE LEVELS ON GRAPEFRUIT FROM APPLICATIONS OF FIREWALL 50 WP (ONE PAGE DOCUMENT) |
| | 47 | 7/29/16 | ✓ | ✓ | AGROSOURCE TECHNICAL BULLETIN NO. 10 FIREWALL 50 WP PERFORMANCE ENHANCED BY TACTIC FOR OPTIMIZED CONTROL OF CITRUS CANKER IN FLORIDA GRAPEFRUIT PRELIMINARY RESULTS (ONE PAGE DOCUMENT) |
| | 48 | 7/29/16 | ✓ | ✓ | AGROSOURCE TECHNICAL BULLETIN NO. 12 - FIREWALL AND FIRELINE DELIVER EFFECTIVE SOLUTIONS AGAINST "HUANGLONGBING" (HLB) (ONE PAGE DOCUMENT) |
| | 49 | 7/29/16 | ✓ | ✓ | AGROSOURCE TECHNICAL BULLETIN NO 13 - FIREWALL AND FIRELINE DELIVER EFFECTIVE SOLUTIONS AGAINST CITRUS CANKER ON ORANGES - (ONE PAGE DOCUMENT) |
| | 49.1 | 7/29/16 | ✓ | ✓ | FIRELINE 17 WP (OXYTETRACYCLINE) PRODUCT SHEET (2 PAGE DOCUMENT) |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS, INC vs. | | | DEFENDANT AGRO SOURCE, INC | | CASE NO. 16-80326-CV-KAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 49.2 | 7/29/16 | ✓ | ✓ | PRODUCT SHEET FOR FIRELINE 17WP |
| | | | | | (OXYTETRACYCLINE) (2 PAGE DOCUMENT) |
| | 83 | 7/29/16 | ✓ | ✓ | FLOOR PLAN FOR CITRUS EXPO |
| | | | | | 2014 (ONE PAGE DOCUMENT) |
| | 84 | 7/29/16 | ✓ | ✓ | FLOOR PLAN FOR CITRUS EXPO 2015 |
| | | | | | (ONE PAGE DOCUMENT) |
| | 29 | 7/29/16 | ✓ | ✓ | COPIES OF PAGES FROM AGROSOURCE, |
| | | | | | INC'S WEBSITE (4 PAGE DOCUMENT) |
| | 70 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + CONSUMER |
| | | | | | SERVICES REGISTRATION TO AGRISOURCE |
| | | | | | INC FOR FIREWALL 17WP DATED JULY 20, |
| | | | | | 2007 (ONE PAGE DOCUMENT) |
| | 71 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + |
| | | | | | CONSUMER SERVICES REGISTRATION TO |
| | | | | | AGRISOURCE, INC FOR FIREWALL 17WP |
| | | | | | DATED FEBRUARY 07, 2008 (ONE PAGE DOCUMENT) |
| | 72 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + |
| | | | | | CONSUMER SERVICES REGISTRATION TO |
| | | | | | AGRISOURCE, INC FOR FIRELINE 17WP |
| | | | | | AND FIREWALL 17WP DATED |
| | | | | | JANUARY 20, 2009 (ONE PAGE DOCUMENT) |
| | 73 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + |
| | | | | | CONSUMER SERVICES REGISTRATION TO |
| | | | | | AGRISOURCE, INC FOR FIRELINE 17 |
| | | | | | WP DATED MAY 08, 2010 (ONE PAGE DOCUMENT) |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS, INC vs. | | DEFENDANT AGROSOURCE, INC | | | CASE NO. 16-80326-CV-KAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
| | 74 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE & |
| | | | | | CONSUMER SERVICES-REGISTRATION TO |
| | | | | | AGRISOURCE, INC FOR FIRELINE 17WP |
| | | | | | AND FIREWALL 17WP DATED MAY 20, |
| | | | | | 2011 (ONE PAGE DOCUMENT) |
| | 75 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + |
| | | | | | CONSUMER SERVICES-REGISTRATION TO |
| | | | | | AGRISOURCE, INC FOR FIRELINE 17WP |
| | | | | | AND FIREWALL 17WP DATED DECEMBER |
| | | | | | 21, 2012 (ONE PAGE DOCUMENT) |
| | 76 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + |
| | | | | | CONSUMER SERVICES - REGISTRATION TO |
| | | | | | AGRISOURCE, INC FOR FIREWALL 50WP |
| | | | | | DATED JUNE 03, 2014 |
| | 77 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE + |
| | | | | | CONSUMER SERVICES - REGISTRATION TO |
| | | | | | AGRISOURCE, INC. FOR FIRELINE 17WP, |
| | | | | | FIREWALL 50WP AND FIREWALL 17 |
| | | | | | WP DATED FEBRUARY 04, 2015 |
| | 78 | 7/29/16 | ✓ | ✓ | FLORIDA DEPARTMENT OF AGRICULTURE |
| | | | | | + CONSUMER SERVICES - REGISTRATION |
| | | | | | TO AGRISOURCE, INC FOR |
| | | | | | FIRELINE 45 WP DATED APRIL |
| | | | | | 27, 2016 (ONE PAGE DOCUMENT) |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS, INC | | | | | vs. DEFENDANT AGROSOURCE, INC | | | CASE NO. 16-80326-CV-KAM |
|---|---|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 30 | 7/29/16 | ✓ | ✓ | REDACTED PRICE SHEET FOR |
| | | | | | AGROSOURCE, INC FIRELINE + |
| | | | | | FIREWALL BACTERICIDES DATED |
| | | | | | JULY 11, 2016 (ONE PAGE DOCUMENT) |
| | 60 | 7/29/16 | ✓ | ✓ | LETTER FROM JORGE ESPINOSA, |
| | | | | | ESPINOSA TRUEBA MARTINEZ TO |
| | | | | | LEGAL DEPARTMENT, AGRISOURCE, INC |
| | | | | | DATED DECEMBER 17, 2015 |
| | 54 | 7/29/16 | ✓ | | CITRUS RESEARCH AND DEVELOPMENT |
| | | | | | FOUNDATION, INC — MINUTES OF |
| | | | | | BOARD OF DIRECTORS MEETING |
| | | | | | MAY 27, 2014 (3 PAGE DOCUMENT) |
| | 51 | 7/29/16 | ✓ | ✓ | ✗ SEALED BY THE COURT ✗ |
| | | | | | REDACTED — ONE PAGE — AGROSOURCE, |
| | | | | | INC. DAMAGES (ONE PAGE DOCUMENT) |
| 29 | | 7/29/16 | ✓ | ✓ | EPA NOTICE OF PESTICIDE: |
| | | | | | REGISTRATION FOR RGS 17WP |
| | | | | | DATED APRIL 1, 2003 (7 PAGE |
| | | | | | DOCUMENT) |
| 30 | | 7/29/16 | ✓ | ✓ | EPA APPLICATION FOR PESTICIDE — |
| | | | | | NOTIFICATION OF ALTERNATE BRAND |
| | | | | | NAME FOR FIREMYCIN 17WP |
| | | | | | DATED MAY 23, 2003 ( 8 PAGE |
| | | | | | DOCUMENT ) |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF PLANT FOOD SYSTEMS, INC VS. | | DEFENDANT AGROSOURCE, INC | | | CASE NO. 16-80326-CV-KAM |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 31 | | 7/29/16 | ✓ | ✓ | EPA APPLICATION FOR PESTICIDE |
| | | | | | FOR FIREWALL 17 WP DATED |
| | | | | | DECEMBER 22, 2004 (9 PAGE |
| | | | | | DOCUMENT) |
| | | 7/29/16 | | | PLAINTIFF'S WITNESS: CARLTON LAYNE |
| 32 | | 7/29/16 | ✓ | ✓ | EMAIL CHAIN FROM CARLTON |
| | | | | | LAYNE TO CHARLIE CLARK |
| | | | | | DATED JULY 21, 2016 (3 PAGE |
| | | | | | DOCUMENT) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |