UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80326-CIV-MARRA

PLANT FOOD SYSTEMS, INC., a Florida corporation,

Plaintiff,

vs.

AGROSOURCE, INC., a Florida corporation,

Defendant.
_______________________________________/

**ORDER**

This cause is before the Court upon Plaintiff's Motion to Dismiss Complaint and Counterclaim (DE 71). The Court has carefully considered the Motion and the response, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Complaint is dismissed, and the Counterclaim is dismissed as moot. The Court retains jurisdiction to consider Defendant's motion for costs and fees.

The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of February, 2017.

_______________________________________
KENNETH A. MARRA
United States District Judge