UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80326-CIV-MARRA

PLANT FOOD SYSTEMS, INC., a Florida corporation,

Plaintiff,

vs.

AGROSOURCE, INC., a Florida corporation,

Defendant.
_______________________________________/

**JUDGMENT**

Judgment is hereby entered on behalf of Defendant and against Plaintiff in the amount of $2,923.00 for costs. Judgment shall bear at the rate of 1.02% per annum from the date of this Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 20th day of April, 2017.

_______________________________________
KENNETH A. MARRA
United States District Judge